# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

The Estate of WILLIAM KEEN by and through ELIZABETH KEEN, personal representative,

Appellant,

v.

SKYLINE HEALTH CARE, LLC SKYLINE MANAGEMENT GROUP, LLC; SUN ISLAND CAPITAL, LLC, SUN ISLAND HEALTHCARE, LLC, JOSEPH SCHWARTZ; CLEAR WATER CARE and REHABILITATION CENTER, LLC, LAUREL POINT CARE and REHABILITATION CENTER LLC, WEST JACKSONVILLE CARE and REHABILITATION CENTER, LLC; ATLANTIC CARE and REHABILITATION CENTER, LLC; AUBURNDALE OAKS CARE and REHABILITATION CENTER, LLC, 919 OLD WINTER HAVEN ROAD, SPE, LLC, AUBURNDALE OAKS HOLDING, LLC, BRIAR HILL, INC., LYRIC HEALTH CARE HOLDINGS III, LLC; LYRIC HEALTH CARE, LLC, LYRIC HC OPERATIONS ACQUISITION, LLC; CAPITAL FUNDING GROUP, INC.; MONTANI INVESTORS, LLC; RIDGE CREST HEALTHCARE, LLC, ADDIT, LLC, SLC PROFESSIONALS CHAI, LLC, LLC; SLC PROFESSIONALS HOLDINGS, LLC; 919 OLD WINTER HAVEN ROAD, LLC; JOHN DWYER, ALAN ZUCCARI; TIMOTHY F. NICHOLSON; and JEAN M. POHL, LLC; WEST JACKSONVILLE CARE AND REHABILITATION, LLC; ATLANTIC CARE and REHABILITATION CENTER, LLC; AUBURNDALE OAKS CARE and REHABILITATION CENTER, LLC; 919 OLD WINTER HAVEN ROAD, SPE, LLC; AUBURNDALE OAKS HOLDING, LLC; BRIAR HILL, INC.; LYRIC HEALTH CARE HOLDINGS III, LLC; LYRIC HEALTH CARE, LLC; LYRIC HC OPERATIONS ACQUISITION, LLC; CAPITAL FUNDING GROUP,

Appellee.

No. 2D2025-0445

_____

January 2, 2026

Appeal from the Circuit Court for Pinellas County; Thomas M. Ramsberger, Judge.

James L. Wilkes, II, of Wilkes & Associates, P.A., Tampa, for Appellant.

Donna J. Fudge of Fudge Broadwater, PA, Saint Petersburg, for Appellee.

PER CURIAM.

    Affirmed.

KHOUZAM, ATKINSON, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.